

# THE THIRTEENTH COURT OF APPEALS

13-16-00631-CV

VIPER S.W.D., LLC

v.

JACKSON COUNTY APPRAISAL DISTRICT, JACKSON COUNTY APPRAISAL REVIEW BOARD, AND DONNA ATZENHOFER, IN HER OFFICIAL CAPACITY AS JACKSON COUNTY TAX ASSESSOR/COLLECTOR

On Appeal from the
24th District Court of Jackson County, Texas
Trial Cause No. 10-9-13831

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated in part and affirmed in part. The Court orders the judgment of the trial court VACATED IN PART and AFFIRMED IN PART. Costs of the appeal are adjudged appellant.

We further order this decision certified below for observance.

March 15, 2018